PS 42
(Rev 07/93)

## United States District Court

### Southern District of Ohio

| United States of America | ) |  |
|---|---|---|
|  | ) |  |
| vs | ) |  |
|  | ) |  |
| William P. Eischlager | ) | Case No. 2:1700274M - 001 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, William P. Eischlager, have discussed with Shawn Stewart, Pretrial Services Officer, modification of my release as follows:

**1. Surrender any passport to the Clerk of Courts immediately.**

**2. Not obtain a passport or other international travel document.**

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6/6/2017      _____  6·6·2017
Signature of Defendant    Date          Pretrial Services/Probation   Date
                                        Officer

Both, the defendant's attorney, Sam Shamansky, and Assistant United States Attorney, Jessica Kim, voice no objection to the proposed modification.

[X]  The above modification of conditions of release is ordered, to be effective on  6/7/17 .

[ ]  The above modification of conditions of release is <u>not</u> ordered.

_____   6/7/17
Signature of Judicial Officer   Date