United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                    Case No. 2:17-cr-108

William P Elschlager

COURTROOM MINUTES
Arraignment on Indictment

|  | U.S. Magistrate Judge Kimberly A. Jolson | Date:   June 13, 2017 @ 10:30 a.m. | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Heather Hill |
| Court Reporter | Courtsmart | Counsel for Deft(s): | Donald Regensburger |
| Interpreter |  | Pretrial/Probation |  |
| Log In | 10:30 a.m. | Log Out | 10:33 a.m. |

Defendant sworn in.

Plea of not guilty entered to counts 1 & 2.

Scheduling order distributed to counsel.

Bond is continued.