UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

    Plaintiff,

    v.

William Elschlager,

    Defendant.

Case No. 2:17cr108

Judge Michael H. Watson

**CRIMINAL MINUTES before**
**United States District Judge Michael H. Watson**

**Courtroom Deputy:** Jennifer Kacsor
**Court Reporter:** Lahana DuFour
**Date:** June 14, 2018     **Time: Commenced** 2:00 **Concluded** 2:25 **Total** 25 mins.

United States Attorney: __Jessica Kim__    Defendant Attorney: __Sam Shamansky__

*Court Proceeding:* Change of Plea - Dft Pleads Guilty to: Count(s) __1__ of Indictment

__✓__ Counsel present.

__✓__ Deft sworn.

__✓__ Court questions Deft regarding his competency to enter a plea of guilty.

__✓__ Plea Agreement summarized by AUSA _____.

___ SA _____ presents Statement of Facts. Agent Sworn Attached to Plea

__✓__ Court reviews Defendant's rights regarding sentencing under the US Sentencing Commission Guidelines, rights to trial and appeal.

__✓__ Deft pleads guilty

__✓__ Court accepts Deft's Plea

__✓__ PSI ordered by Court.

__✓__ Sentencing set for a future date pursuant to the Court's receipt of the final PSI.

__✓__ Issue of Bond Reviewed. Bond

___ Current Detention Status to remain in effect.

___ Additional Comments.

**Remarks:** [ ] Awaiting Initial PSI transmittal