# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## PRESENTENCE REFERRAL

AUSA: Jessica Kim

DEFENSE ATTORNEY: Sam Shamansky

Defendant: William Elschlager

Case Number: 2:17CR108

Offense: Cyberstalking

Counts: 1

Conviction on:
[ ] Jury Verdict
[ ] Court Decision
[ ] Guilty Plea at Arraignment
[X] Change of Plea to Guilty

Custody Status
[ ] Federal
[ ] State
[X] Bond
[ ] Other